IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Cosper, Timothy G | Case Number: 08 B 05071 |
|---|---|---|
| | Cosper, April | Judge: Wedoff, Eugene R |
| | Printed: 9/3/08 | Filed: 3/4/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 5, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,320.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 1,320.00 |
| Totals: | 1,320.00 | 1,320.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 11,536.51 | 0.00 |
| 4. | Housing & Urban Development | Unsecured | 996.66 | 0.00 |
| 5. | AmeriCash Loans, LLC | Unsecured | 20.90 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 98.37 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 84.00 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 63.58 | 0.00 |
| 9. | Aaron's | Unsecured | | No Claim Filed |
| 10. | Alliance Asset Management | Unsecured | | No Claim Filed |
| 11. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 12. | Pay Day Loans | Unsecured | | No Claim Filed |
| 13. | QC Financial Services | Unsecured | | No Claim Filed |
| 14. | Progressive Management Systems | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 12,800.02 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Cosper, Timothy G  
    Cosper, April  
    Printed: 9/3/08

Case Number: 08 B 05071  
Judge: Wedoff, Eugene R  
Filed: 3/4/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

    Marilyn O. Marshall, Trustee, by:

